

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00707-CV

Melissa **BROQUET** and John Broquet,
Appellants

v.

**WALTER MORTGAGE COMPANY**,
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-12-60-A
Honorable Robert Blackmon, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of appeal are taxed against appellant.

SIGNED March 25, 2015.

_____
Jason Pulliam, Justice